ANDERSON et al. v. BRADY. ANDERSON v. SAME. (Supreme Court, Appellate Di-

vision, First Department. February 20, 1914.) Actions by Rasmus Anderson and others and by Rasmus Anderson against Frank G. Brady. I. H. Levy, of New York City, for appellants. J. H. Buck, of New York City, for respondent. No opinion. Order filed.